AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RODRICK MATHENY,

          Plaintiff,

          v.

UNUMPROVIDENT CORPORATION,
et al.,

          Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-365-RHW

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** trial **before the Court. The issues have been** tried **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that:

1.  Plaintiff is awarded judgment in the amount of $250,000 against Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA, and U.S. BANK, N.A., d/b/a U.S. BANK HOME MORTGAGE, jointly and severally.

2.  Plaintiff is awarded judgment in the amount of $10,000 under R.C.W.19.86.090 against Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA, and U.S. BANK, N.A., d/b/a U.S. BANK HOME MORTGAGE, jointly and severally, for violation of the Washington State Consumer Protection Act.

3. Plaintiff is awarded prejudgment interest on the amount of the $250,000 judgment from March 11, 2004, to the date of judgment at the rate of 12% annum against Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA.

4. Defendant DIRECT RESPONSE INSURANCE ADMINISTRATIVE SERVICES, INC., d/b/a INSURANCE ADMINISTRATIVE SERVICES, is dismissed.

5. Plaintiff is awarded attorney fees in the amount of $83,358 against Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA.

***** SEE ATTACHED****

| | |
|---|---|
| May 22, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RODRICK MATHENY,

                              Plaintiff,                          JUDGMENT IN A CIVIL CASE

                    v.

UNUIDEN CORPORATION,
et al.,                                                 CASE NUMBER: CV-06-365-RHW

                              Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** trial **before the Court. The issues have been** tried **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

(CONTINUED FROM FIRST PAGE OF JUDGMENT)

6. Plaintiff is awarded attorney fees in the amount of $67,041 against Defendant U.S. BANK, N.A., d/b/a U.S. BANK HOME MORTGAGE.

7. Plaintiff is awarded costs in the amount of $19,042 against Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA.

8. Plaintiff is awarded costs in the amount of $2,401 against Defendant U.S.BANK, N.A., d/b/a U.S. BANK HOME MORTGAGE.

May 22, 2009                                    JAMES R. LARSEN
_____                    _____
*Date*                                           *Clerk*
                                               s/ Shirley Peters
                                               _____
                                               *(By) Deputy Clerk*
                                               Shirley Peters